1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JUDITH FISHER, et al.,

11              Plaintiffs,

12         v.                                    NO. CIV. S-07-0592 GGH

13
      ANDREWS LOGISTICS, et al.,
14              Defendant.                       ORDER

15    _____/

16         The parties have informed the clerk to the undersigned that the case has settled.

17         Accordingly, IT IS ORDERED that:

18         1.  The pretrial conference set for February 25, 2008, at 1:30 p.m., and the trial

19    date of March 24, 2008, are vacated;

20         2.  Dispositive papers shall be filed within twenty days of this order.

21    DATED: 02/25/08
                                         /s/ Gregory G. Hollows
22

23                                       _____
                                         GREGORY G. HOLLOWS
24    GGH:076                             UNITED STATES MAGISTRATE JUDGE

      Fisher0592.set.wpd
25

26

                                          1