1   THOMAS C. BRADLEY
    NV Bar No. 1621
2   CA Bar No. 119258
    *SINAI, SCHROEDER, MOONEY,*
3   *BOETSCH, BRADLEY & PACE*
    448 Hill Street
4   Reno, Nevada 89501
    *Telephone: (775) 323-5178*
5   *Facsimile: (775) 323-0709*
    Attorney for Plaintiffs,
6   JUDITH FISHER AND MICHAEL DYER

7                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9   **JUDITH FISHER AND**                )        CASE NO: 2:07-cv-00592-   GGH
    **MICHAEL DYER,**                     )
                                          )
10             Plaintiffs,                )        **STIPULATION TO DISMISS**
                                          )        **WITH PREJUDICE**
11         v.                             )
                                          )
12  **ANDREWS LOGISTICS, A TEXAS**        )
    **CORPORATION AND**                   )
13  **HAROLD WEIGHT,**                    )
                                          )
14             Defendants.                )
    _____    )

15         The parties Plaintiffs JUDITH FISHER and MICHAEL DYER, by and through their

16  counsel of record, Thomas C. Bradley, Esq., of *Sinai, Schroeder, Mooney, Boetsch, Bradley &*

17  *Pace* and Defendants ANDREWS LOGISTICS, A TEXAS CORPORATION and HAROLD

18  WEIGHT, by and through their counsel of record, ~~Lenore C. Kelly~~ *Louis H. Castoria* Esq., of *Wilson, Elser,*

19  *Mokowitz, Edelman & Dicker, LLP* hereby Stipulate to dismiss this case with prejudice.

20         DATED this _22nd_ day of _February_ , 2008.

21

22  *Wilson, Elser, Mokowitz, Edelman*                    *Sinai, Schroeder, Mooney, Boetsch,*
    *& Dicker, LLP*                                       *Bradley & Pace*
23

24  _____                            _____
    LOUIS H. CASTORIA                                    THOMAS C. BRADLEY, ESQ.
25

26  IT IS SO ORDERED this _18th_ day of _March_ , 2008.

27

28                                                       GREGORY G. HOLLOWS
                                                         FEDERAL JUDGE